J. M. BELL, AS SHERIFF, *Plaintiff in Error,* v. ELECTRIC AP-PLIANCE COMPANY, *et al., Defendants in Error.*

Opinion Filed November 25, 1914.

Where an execution sale is made subject to liens with notice that purchasers would be required to give bond to indemnify the sheriff against claims of such lien holders, the sheriff should not be required to deliver the property to purchasers without bond, particularly when the lien holders are not parties to the proceeding against the sheriff.

Writ of error to Circuit Court for Walton County; D. J. Jones, Judge.

Order reversed.

*S. K. Gillis,* for Plaintiff in Error;

*W. T. Bludworth,* for Defendants in Error.

WHITFIELD, J.—Executions were levied upon merchandise and other property covered by stated alleged liens, and sales were made subject to the liens with notice that purchasers would be required to give bond. The sheriff refused to deliver the property sold to a purchaser unless the purchaser would execute a bond to secure the alleged lienholders. The court ordered the sheriff to deliver the property without first requiring a bond, and the sheriff took writ of error. As the sale was made subject to the liens and as the lienholders were not parties to the proceeding in which the sheriff was ruled to deliver the property to the purchaser without a bond, and as the sheriff should not thus be subjected to responsibility to the lienholders for not taking a bond to secure the liens, the order requiring the sheriff to deliver the goods to the purchasers without requiring a bond is reversed.

SHACKLEFORD, C. J., AND TAYLOR, COCKRELL AND HOCKER, J. J., concur.